RANDY GROSSMAN
United States Attorney
ALEXANDER KRISTOFCAK
Assistant U.S. Attorney
New York Bar No. 5866926
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9741
Fax: (619) 546-0510
Email: alexander.kristofcak@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAN CARLO ARAUJO HERNANDEZ,<br><br>Defendant. | Case No.: 22-CR-1588-RBM<br><br>Date: December 9, 2022<br>Time: 9:00 am<br><br>**THE UNITED STATES'**<br>**SENTENCING SUMMARY CHART**<br>**AND MOTION UNDER USSG § 3E1.1(b)** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, RANDY GROSSMAN, United States Attorney, and ALEXANDER KRISTOFCAK, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart and Motion under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: December 2, 2022

Respectfully submitted,

RANDY GROSSMAN
United States Attorney

*/s/ ALEXANDER KRISTOFCAK*
ALEXANDER KRISTOFCAK
Assistant U.S. Attorney
United States of America

# SENTENCING SUMMARY CHART
# [ ☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
**Sentencing Date:** December 9, 2022

USPO ☐
AUSA ☒
DEF ☐

Defendant's Name: **JAN CARLO ARAUJO HERNANDEZ**    Docket No.: 22-CR-1588-RBM

Attorney's Name: **ALEXANDER KRISTOFCAK**    Phone No.: (619) 546-9741

Guideline Manual Used: November 1, 2018    Agree with USPO Calc.: No

| Item | Value |
|---|---|
| Base Offense Level: USSG § 2D1.1(c)(1) - 32.00 kg Methamphetamine (actual) | 38 |
| Reduced Base Offense Level for Minor Role: USSG § 2D1.1(a)(5) | 34 |
| Specific Offense Characteristics: Safety Valve USSG §§ 2D1.1(b)(18) & 5C1.2 | -2 * |
|  | 0 |
|  | 0 |
|  | 0 |
|  | 0 |
| Victim Related Adjustment: |  |
| Adjustment for Role in the Offense: | -2 * |
| Adjustment for Obstruction of Justice |  |
| Adjustment for Reckless Endangerment: |  |
| **Adjusted Offense Level:** | **30** |

( ☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [ ☒ Gov. Motion under § 3E1.1(b)]    -3

**Total Offense Level:**    27

Criminal History Score:    0
Criminal History Category: ( ☐ Career Offender  ☐ Armed Career Criminal)    I

Guideline Range:    from 70 mths
(Range limited by: ☐ minimum mand.  ☐ statutory maximum)    to 87 mths
Departures:
USSG §5K3.1 - Fast Track    -4

Resulting Guideline Range: Adjusted Offense Level: 23    from 46 mths
to 57 mths

**RECOMMENDATIONS: 18 months, 3 years' Supervised Release, $100 Special Assessment.**

* The United States concluded that the defendant qualifies for Safety Valve (§2D1.1(b)(18)) and Minor Role (§3B1.2(b)) based on the defendant's post-arrest statement and written proffer.

After considering the § 3553(a) factors, the United States believes the recommended sentence is sufficient but not greater than necessary. A downward variance is justified in this case due to Defendant's family history, strong family support, age (18 years old at the time of the offense), and no criminal history.