# SENTENCING SUMMARY CHART
### Sentencing Date December 9, 2022

|  |  |
|---|---|
| USPO: |  |
| AUSA: |  |
| DEF: | X |
| Defendant's Name: Jan Carlo Araujo Hernandez | Docket No. 22CR1588-RBM |
| Attorney's Name: Nora Stephens | Phone No.: (619) 234 8467 |
| Guideline Manual Used: 2018 | Agree with USPO Calc.: |
| Base Offense Level: USSG § 2D1.1(a)(5) | 34 |

**Specific Offense Characteristics:**

| | |
|---|---|
| Safety Valve §§ 2D1.1(b)(18) & 5C1.2 | -2 |
| Minor Role USSG § 2D1.1(a)(5) | -2 |
| Adjusted Offense Level: | 30 |
| ☐Combined (Mult. Counts)  ☐Career Offender  ☐Armed Career Criminal | |
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 27 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| ☐Career Offender  ☐Armed Career Criminal | |
| Guideline Range: | |
| (Range limited by:  ☐Minimum Mandatory  ☐Statutory Maximum) | *from:* 70 months |
| **Departures/Variances:** | *to:* 87 months |
| Fast Track § 5K3.1 | -4 |
| Aberrant Behavior § 5K2.20 | -4 |
| Age § 5H1.1 | -4 |
| Adjusted Offense Level: | 15 |
| Resulting Guideline Range: | *from:* 18 months |
|  | *to:* 24 months |

**Recommendation:**

For the reasons in his sentencing memorandum, Mr. Araujo Hernandez respectfully asks this Court to impose a sentence of time served at 170 days.